# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 17-2766

———————————————

Larry L. Norman, Jr.

*Plaintiff - Appellant*

v.

Commissioner, Social Security Administration

*Defendant - Appellee*

——————

Appeal from United States District Court
for the Western District of Arkansas - Harrison

——————

Submitted: April 24, 2018
Filed: August 14, 2018
[Unpublished]

——————

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

——————

PER CURIAM.

Larry L. Norman, Jr., appeals from the order of the District Court[1] affirming the Commissioner's denial of his applications for disability insurance benefits and supplemental security income. For reversal, he contends that (1) the administrative law judge (ALJ) erred in failing to find that he met or functionally equaled Listing 12.04; (2) the ALJ erred in failing to make a proper credibility finding; and (3) the ALJ's residual functional capacity determination was not supported by substantial evidence. After de novo review, we reject Norman's arguments and conclude that substantial evidence on the record as a whole supports the decision to deny benefits. See Perks v. Astrue, 687 F.3d 1086, 1091 (8th Cir. 2012) (standard of review). We affirm the judgment.

———————————————————

[1]The Honorable Erin L. Wiedemann, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred for final disposition by consent of the parties, see 28 U.S.C. § 636(c).